UNITED STATES BANKRUPTCY COURT
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo
CN 4853
Trenton, NJ    08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Ida M Riggins

Debtor(s)

Order Filed on July 15, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 13-20392 / MBK

Hearing Date: 07/12/2016

Judge: Michael B. Kaplan

Chapter: 13

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: July 15, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $26,399.00 paid to date

- Debtor(s) shall remit a lump sum payment of $2,352.00 to the Trustee by 7/30/2016

- Debtor(s) shall remit $1,229.00 per month to the Trustee for 22 months beginning 8/1/2016

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                          Case No. 13-20392-MBK
Ida M Riggins                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1              Date Rcvd: Jul 15, 2016
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2016.
db             +Ida M Riggins,    723 Ruth Drive,    Neptune, NJ 07753-2859

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2016 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Albert    Russo (NA)     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Eugene D. Roth     on behalf of Debtor Ida M Riggins erothesq@gmail.com
              John R. Morton, Jr.     on behalf of Creditor    Credit Acceptance Corporation
               mortonlaw.bcraig@verizon.net,     donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Joshua I. Goldman     on behalf of Creditor    GMAC MORTGAGE CORPORATION jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Steven K. Eisenberg     on behalf of Creditor    U.S. BANK N.A. seisenberg@sterneisenberg.com,
               dbogucki@sterneisenberg.com;jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;ckohn@sterneise
              nberg.com
                                                                                               TOTAL: 7