Case no B-20392/MBR          12-6-2016

To Mrs. Maure Reggins,

I writing this letter to ask for another trail period on my Bankruptcy case. I'm sorry for getting behind. I went through a very deffercult and hard times, first I lost my mother, then my father, then my brother and April 17, 16 my grandson died in his sleep. I lost my pocketbook with all my money in it. but now I'm OK and I want another chance I open a checking account at the bank for my checks to be deposit for derect payment if given another chance In Sept 5-16 I sent 1,357.26 to Ocwen Loan Servicing, and on Aug 5-16 I send in a payment of 1,357.26 to them not Oct, but Nov 5th I send 1,357.26 in which that check of mine returned in which I put in the bank. Thats was what I was told to send the payments to Ocwen Loan Servicing. I'm asking for another chance.

732-922-3686 (A)
732-610-6081

Thank you
Du Mae Reggins
733 Reech Drive
Neptune, NJ 07253