| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |

| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| --- |
| Albert Russo |
| CN 4853 |
| Trenton, NJ  08650 |
| (609) 587-6888 |
| Standing Chapter 13 Trustee |

**Order Filed on April 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Ida M Riggins

Debtor(s)

Case No.: 13-20392 / MBK

Hearing Date: 04/11/2017

Judge: Michael B. Kaplan

Chapter:  13

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: April 13, 2017**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $32,555.00 paid to date

- Debtor(s) shall remit a lump sum payment of $1,660.00 to the Trustee by 4/15/2017

- Debtor(s) shall remit $1,660.00 per month to the Trustee for 13 months beginning 5/1/2017

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:  
Ida M Riggins  
    Debtor

Case No. 13-20392-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin     Page 1 of 1     Date Rcvd: Apr 13, 2017  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2017.  
db        +Ida M Riggins,   723 Ruth Drive,   Neptune, NJ 07753-2859

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2017 at the address(es) listed below:

          Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Albert   Russo   docs@russotrustee.com  
          Albert   Russo  (NA)   on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Denise E. Carlon   on behalf of Creditor   GMAC MORTGAGE CORPORATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Eugene D. Roth   on behalf of Debtor Ida M Riggins erothesq@gmail.com  
          John R. Morton, Jr.   on behalf of Creditor   Credit Acceptance Corporation mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com  
          Joshua I. Goldman   on behalf of Creditor   GMAC MORTGAGE CORPORATION jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Steven K. Eisenberg   on behalf of Creditor   U.S. BANK N.A. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com  
                                                                                TOTAL: 8