Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13–20392–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ida M Riggins
723 Ruth Drive
Neptune, NJ 07763

Social Security No.:
xxx–xx–7296

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/20/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 20, 2017
JAN: kmf

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 13-20392-MBK
Ida M Riggins                                                   Chapter 13
         Debtor             CERTIFICATE OF NOTICE
District/off: 0312-3        User: admin           Page 1 of 2          Date Rcvd: Sep 20, 2017
                            Form ID: 148          Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2017.
db             +Ida M Riggins,    723 Ruth Drive,    Neptune, NJ 07753-2859
cr            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,     25505 West 12 Mile Road,
                Southfield, MI 48034)
cr             +U.S. BANK N.A.,    Stern & Eisenberg, PC,    1040 North Kings Highway,    Suite 407,
                Cherry Hill, NJ 08034-1925
513927557       Center For Oral & Maxillofacial SurgerY,    C/O Elbaum, Krost, & Elbaum,,    1125 Highway 35,
                Ocean, NJ 07712-4043
513929135      +Credit Acceptance,    25505 W 12 Mile Rd Suite 3000,    Southfield MI 48034-8331
513927558      +Credit Acceptance Corp,    PO Box 513,   Southfield, MI 48037-0513
513927560      +Credit Solutions,    C/O Goldman & Warshaw, P.C.,    34 Maple Avenue,    Pine Brook, NJ 07058-9394
513951265       Credit Solutions,    c/o David Warshaw, Esq.,    Warshaw Law Firm,    PO Box 276,
                Liberty Corner, NJ 07938-0276
513927561      +Credit Solutions,    2810 Camino Del RI, #200,    San Diego, CA 92108-3820
513927562      +Cumis Insurance/NJ Gateway Federal Cred.,    Nudelman, Klemm,    425 Eagle Rock Ave, Suite 403,
                Roseland, NJ 07068-1787
513927563      +Garden Pharmacy,    2467 Highway 33,    Neptune, NJ 07753-3762
513927565      +Jersey Shore Anesth Assocs,    C/O Pressler & Pressler,    7 Entin Road,
                Parsippany, NJ 07054-5020
513927566      +Jersey Shore University Medical Center,    C/O Celentano, Stadtnauer & Walentowicz,,
                1035 Route 46 East,    Clifton, NJ 07013-2468
513927567       Lab Corp,    PO Box 2240,    Burlington, NC 27216-2240
513927568      +MDNGHT VLVT,    1112 7th Avenue,    Monroe, WI 53566-1364
513927570      +MNET Financial, Inc.,    95 Argonaut, Suite 250,    Aliso Viego, CA 92656-4142
513927571       Mount Sinai Pathology Assoc,    PO Box 12004,   Newark, NJ 07101-5004
513927572       New Century Finanical Services, Inc,    C/O Pressler & Pressler,    7 Entin Road,
                Parsippany, NJ 07054-5020
513927573      +New Jersey Gateway Federal Credit Union,    C/O Peter J. Liska, Esq.,    766 Shrewsbury Avenue,
                Tinton Falls, NJ 07724-3001
513927574      +New Jersey Gateway Federal Credit Union,    C/O Peter Liska,    766 Shrewsbury Avenue,
                Tinton Falls, NJ 07724-3001
513927575      +New Jersey Natural Gas,    C/O Lee S. Dennison,    231 High Stree,    Mount Holly, NJ 08060-1450
513927576      +Precious Paul,    203 2nd Avenue, Apartment 1,    Asbury Park, NJ 07712-6238
513927577       Ralph Gulko,    C/O Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
513927578      +Remex, Inc,    307 Wall Street,    Princetomn, NJ 08540-1515
513927579       TD Bank,    C/O Associated Credit Services, Inc,    PO Box 5171,    Westborough, MA 01581-5171
513927582      +Trojan,    PO Box 1270,   Los Alamitos, CA 90720-1270
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 20 2017 23:17:13      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2017 23:17:10      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
513960654       EDI: GMACFS.COM Sep 20 2017 23:08:00      Ally Financial,    PO Box 130424,
                Roseville, MN 55113-0004
513927559      +EDI: CCS.COM Sep 20 2017 23:08:00      Credit Collection,    PO Box 9134,
                Needham, MA 02494-9134
513927564       EDI: GMACFS.COM Sep 20 2017 23:08:00      GMAC,    PO Box 9001719,    Louisville, KY 40290-1719
514192514       EDI: RESURGENT.COM Sep 20 2017 23:08:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Arrow Financial Services,,    LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
513927569      +EDI: MID8.COM Sep 20 2017 23:08:00      MIdland Funding, LLC,    8875 Aero Dr. Ste 200,
                San Diego, CA 92123-2255
513968365       EDI: Q3G.COM Sep 20 2017 23:08:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                PO Box 788,    Kirkland, WA 98083-0788
513927580      +EDI: MID8.COM Sep 20 2017 23:08:00      TMobile,    C/O Midland Funding,
                8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
513927581      +E-mail/Text: MNARCISO@NEPTUNETOWNSHIP.ORG Sep 20 2017 23:17:52      Township Of Neptune,
                25 Neptune Boulevard,    Neptune, NJ 07753-4814
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516613815         OCWEN - Ocwen Loan Servicing, LLC,   Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Ave ste 100 Boca Raton Fl
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 20, 2017
                              Form ID: 148             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2017 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    GMAC MORTGAGE CORPORATION dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eugene D. Roth    on behalf of Debtor Ida M Riggins erothesq@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
          Joshua I. Goldman    on behalf of Creditor    GMAC MORTGAGE CORPORATION jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Steven K. Eisenberg    on behalf of Creditor    U.S. BANK N.A. bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                             TOTAL: 8
```